IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARDARYL FREEMAN, #249840, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GERALD ALLEN, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:15-CV-575-WKW<br>[WO] |

## ORDER

On September 11, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 5.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED without prejudice prior to service of process in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

A separate final judgment will be entered.

DONE this 8th day of October, 2015.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE