IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARDARYL FREEMAN,<br>#249840,<br><br>    Plaintiff,<br><br>v.<br><br>GERALD ALLEN, *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  CASE NO. 2:15-CV-575-WKW<br>)  [WO]<br>)<br>)<br>)<br>) |

**ORDER**

On September 11, 2015, the Magistrate Judge filed a Recommendation (Doc. # 5) that the court adopted by an order (Doc. # 6) entered on October 8, 2015. Plaintiff filed a motion for reconsideration (Doc. # 8) stating that he had not received a copy of the Recommendation. The court directed the clerk to provide Plaintiff with a copy of the Recommendation (Doc. # 9) and extended the time for Plaintiff to file an objection to the Recommendation to November 10, 2015 (Doc. # 10). On November 18, 2015, the court denied the motion for reconsideration based on Plaintiff's failure to timely file an objection. (Doc. # 11.)

On December 11, 2015, Plaintiff filed an objection to the recommendation. (Doc. # 12.) Based upon an independent review of the record and the objection, the objection is without merit and is untimely.

2

Accordingly, Plaintiff's objection (Doc. # 12) is OVERRULED on the merits and as untimely.

DONE this 15th day of December, 2015.

          /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE